IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUMAN FREE WILL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-4394 |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE AGENCY; DIRECTOR OF NATIONAL INTELLIGENCE; SECRETARY OF DEFENSE; ATTORNEY GENERAL; and SECRETARY OF HOMELAND SECURITY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of November, 2022, after reviewing the complaint filed by the plaintiff, Human Free Will (Doc. No. 1); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.  The plaintiff shall **SHOW CAUSE** why the court should not dismiss this action for (1) lack of subject-matter jurisdiction or (2) the failure to have licensed counsel representing it;

2.  The plaintiff shall file a written response to this order to show cause by no later than **December 12, 2022**;

3.  The court will decide this order to show cause on **December 13, 2022**, without a hearing, unless otherwise ordered by the court; and

4.  If the plaintiff fails to file a written response in accordance with paragraph 2 of this order, the court will interpret this failure as the plaintiff being unopposed to the dismissal of this matter.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.